**COURTESY COPY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL IOSIF TILMAN and
EMILY ISRAEL OLIN,
    Plaintiffs
  - against –
COMMISSIONER OF INTERNAL REVENUE,
    Defendant.

08 Civ. 2231 (CM)(DCF)

**NOTICE OF MOTION**

**BY HAND DELIVERY**
One (1) courtesy hard copy

The Honorable Colleen McMahon
United States District Court
Southern District of New York
*Pro Se Office*
500 Pearl Street, Room 230
New York, New York 10007
Tel 212-805-0175

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```


RECEIVED MAY 2 9 2008 PRO SE OFFICE

    PLEASE TAKE NOTICE that upon the annexed Affirmation to the United States Attorney for the Southern District of New York's "ANSWER" of May 13, 2008 in Opposition to Defendant's Motion to Dismiss the Complaint, and the pleading herein, the plaintiffs will move this Court, before Honorable Colleen McMahon, United States District Judge, for an order pursuant to Rule ____ of the Federal Rules of Civil Procedure granting:
**To deny dismissing the complaint about which the defendant prays in "ANSWER" dated May 13, 2008.**

    **We, Michael Iosif Tilman and Emily Israel Olin, declare under penalty of perjury that the foregoing is true and correct.**

Dated: New York, New York
May 28, 2008

*[Handwritten annotation: 9/2/08 – The "motion" is DENIED. The defendant has simply alleged in its answer that it is not pled + dismissed. The issue is thereby joined – we now go. CMcM]*

_____
Michael Iosif Tilman

_____
Emily Israel Olin
333 East 80 Street Apt 1G
New York, NY 10075
Tel. 212-570-0887
Email: *mitilman@msn.com*

Enclosure: Affirmation of Michael Iosif Tilman and Emily Israel Olin to the United States Attorney for the Southern District of New York's "ANSWER" of May 13, 2008 in Opposition to Defendant's Motion to Dismiss the Complaint, 11 pages.

Cc: Michael J. Garcia, United States Attorney for the Southern District of New York, 86 Chambers Street, 3rd Floor, New York, NY 10007; Attention Joseph N. Cordaro Assistant United States Attorney (by Fax 212-637-2686)

Tax 2001 letter to Court 28 May 2008      Page 1 of 1

*Copies mailed/faxed/handed to counsel on 9/2/08*